UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANKLIN LUCIEN TATPA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>UR JADDOU et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-01751-LK<br><br>ORDER OF DISMISSAL |

　　　This matter comes before the Court on its May 9, 2024 order. Dkt. No. 10. The Court ordered Mr. Tatpa to show cause within 30 days of the order why this case should not be dismissed without prejudice for failure to prosecute and failure to serve Defendants. *Id.* at 2. More than 30 days have passed, and Mr. Tatpa has not responded to the order or filed anything since his initial case filing documents last year. Dkt. Nos. 1, 3–4.

　　　Accordingly, the Court now DISMISSES the case without prejudice.

//

//

ORDER OF DISMISSAL - 1

The Clerk is directed to send an uncertified copy of this Order to Mr. Tatpa at his last known address.

Dated this 24th day of June, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2